IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02224-LTB

WILLIAM LEE LORNES III, also known as
WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

    Applicant,

v.

WILLISON,
CARPENDER,
COOK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO SMITH,

    Respondents.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 19, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 19 day of October, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk

    By: s/L. Gianelli
        Deputy Clerk